# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EARNEST FRANKLIN PLATT, AIS 128625 | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 19-0080-CG-MU ) |
| MARY COOKS, | ) ) |
| Respondent. | ) ) |

## **ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 16, 2019 is **ADOPTED** as the opinion of this Court.

DONE and ORDERED this 26th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE