# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EARNEST FRANKLIN PLATT, AIS 128625 | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 19-0080-CG-MU ) |
| MARY COOKS, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED**, that the Petition is hereby **DISMISSED/DENIED** because it does not state a claim for federal habeas corpus relief or, otherwise, because the Court is procedurally barred from reach the merits of any constitutional claim Petitioner arguable has asserted in this petition.

The Court finds that Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

DONE and ORDERED this 26th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE